# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re:

GENEVIEVE THOMPSON

Debtor(s)

Case No. 11-13004-TMD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Deborah B. Langehennig, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/06/2011.

2) The plan was confirmed on 02/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/12/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/25/2012.

5) The case was dismissed on 04/11/2013.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $18,570.06.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $12,405.80 | |
| Less amount refunded to debtor | $773.08 | |
| **NET RECEIPTS:** | | **$11,632.72** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $584.98 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,584.98** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SERVICES | Unsecured | 1,168.76 | 1,168.76 | 1,168.76 | 0.00 | 0.00 |
| AUSTIN ENERGY/CITY OF AUSTIN U | Unsecured | 2,574.19 | 6,728.39 | 6,728.39 | 0.00 | 0.00 |
| AUSTIN FOOT CENTER | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| AUSTIN RADIOLOGICAL ASSOC | Unsecured | 20.32 | NA | NA | 0.00 | 0.00 |
| BEE CAVES MEDICAL AT ROB ROY | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| BEN E KEITH | Unsecured | 2,461.06 | NA | NA | 0.00 | 0.00 |
| BILL ZHOU | Unsecured | 8,950.00 | NA | NA | 0.00 | 0.00 |
| BUG MASTER EXTERMINATING | Unsecured | 392.96 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 883.00 | 885.37 | 885.37 | 0.00 | 0.00 |
| CHARLES AND LINDA BISHOP | Unsecured | 37,500.00 | NA | NA | 0.00 | 0.00 |
| CHARLES D BISHOP | Unsecured | 5,000.00 | 15,761.00 | 15,761.00 | 0.00 | 0.00 |
| CHEVRON CREDIT BANK NA | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| CINTAS CORPORATION | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| CITY OF AUSTIN | Unsecured | 3,943.00 | NA | NA | 0.00 | 0.00 |
| CNA INSURANCE | Unsecured | 1,947.92 | NA | NA | 0.00 | 0.00 |
| DAVID BOWEN | Unsecured | 16,333.22 | NA | NA | 0.00 | 0.00 |
| EL LAGO | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EMILY AND FRANK NADING | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| ESI | Unsecured | 6,500.00 | NA | NA | 0.00 | 0.00 |
| FRANCES AND RODOLFO AYALA | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| FRANK PETER ZOCH IV | Unsecured | 22,275.81 | 22,275.81 | 22,275.81 | 0.00 | 0.00 |
| GAP | Unsecured | 174.92 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| HARRIS HAMMER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 26,659.88 | 28,447.70 | 28,447.70 | 2,634.02 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 18,829.34 | 18,829.34 | 0.00 | 0.00 |
| JEAN HUDSON MASCO | Unsecured | 22,500.00 | NA | NA | 0.00 | 0.00 |
| LAKE TRAVIS FIRE FIGHTER'S ASSO( | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LAKEWAY PLAZA PARTNERS | Unsecured | 12,704.88 | 15,766.81 | 15,766.81 | 0.00 | 0.00 |
| LLOYD GOSSELINK | Unsecured | 8,565.50 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 195.60 | 196.55 | 196.55 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERCHANT PROCESSING CENTER | Unsecured | 513.13 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 675.26 | 675.26 | 0.00 | 0.00 |
| NAOMI NADING | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 1,988.00 | 1,998.33 | 1,998.33 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 402.92 | 322.90 | 322.90 | 0.00 | 0.00 |
| PROSPERITY BANK | Unsecured | 296.19 | NA | NA | 0.00 | 0.00 |
| RANDOLPH BROOKS FEDERAL CREI | Secured | 15,341.08 | NA | NA | 0.00 | 0.00 |
| REGINA CARCHIE | Unsecured | 24,000.00 | NA | NA | 0.00 | 0.00 |
| RTUI | Unsecured | 4,325.00 | NA | NA | 0.00 | 0.00 |
| SETON SOUTHWEST | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| SHUR FLOW BEV | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| SYSCO-AUSTIN INC | Unsecured | 20,590.99 | 20,590.99 | 20,590.99 | 0.00 | 0.00 |
| TEXAFRANCE INC | Unsecured | 1,094.75 | NA | NA | 0.00 | 0.00 |
| TEXAS COMPTROLLER OF PUBLIC A | Priority | 21,000.00 | 16,610.87 | 8,719.69 | 1,035.56 | 0.00 |
| TEXAS WORKFORCE COMMISION | Priority | 3,200.00 | 3,576.72 | 3,576.72 | 329.24 | 0.00 |
| TEXAS WORKFORCE COMMISION | Unsecured | NA | 566.28 | 566.28 | 0.00 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE HARTFORD | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| THIRD COAST EMERGENCY PHYS | Unsecured | 37.63 | NA | NA | 0.00 | 0.00 |
| TIME WARNER | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| TIMEPAYMENT CORP | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| TROY AND KAREN MECHURA | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| TROY AND KAREN MECHURA | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| TWO HOT MAMAS SALSA CO | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| USAA CASUALTY INSURANCE | Unsecured | 5,923.27 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 1,153.00 | NA | NA | 0.00 | 0.00 |
| WANSLEY REFRIGERATION | Unsecured | 245.15 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 5,055.07 | 5,055.07 | 5,055.07 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICE IN( | Secured | 572.20 | 576.41 | 576.41 | 40.41 | 35.03 |
| WELLS FARGO DEALER SERVICE IN( | Secured | 22,152.23 | 22,727.07 | 22,727.07 | 1,596.57 | 1,376.91 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,303.48 | $1,636.98 | $1,411.94 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,303.48** | **$1,636.98** | **$1,411.94** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $40,744.11 | $3,998.82 | $0.00 |
| **TOTAL PRIORITY:** | **$40,744.11** | **$3,998.82** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$110,820.86** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,584.98 |
| Disbursements to Creditors | $7,047.74 |

**TOTAL DISBURSEMENTS** : **$11,632.72**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/27/2013                            By: /s/ Deborah B. Langehennig
                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**